UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK MANN,

    Plaintiff,

v.

SOE SCHLOTTMAN, *et al.*,

    Defendants.
_____

Case No. 15-cv-12869
Hon. Matthew F. Leitman

## ORDER DENYING PLAINTIFF'S MOTIONS FOR INCLUSION OF EVIDENCE ON THE RECORD (ECF ##12, 18)

Plaintiff Jack Mann ("Mann") is an inmate currently confined at the Allenwood Federal Correctional Institute in White Deer, Pennsylvania. He filed this action on August 7, 2015. This Court previously dismissed Mann's Complaint without prejudice on October 27, 2015 for failure to pay the Court's $350.00 filing fee and $50.00 administrative fee. (*See* ECF #10.) On December 23, 2015, the Court reopened Mann's case and now addresses two motions Mann filed in the period between the Complaint's dismissal and its reinstatement.[1]

On November 17, 2015, and later on December 18, 2015, Mann filed a "Motion for the Inclusion of Evidence on the Record Which Has Been Provided by the Bureau of Prisons" and a "Motion to Include Attached Affidavit of Jack Mann

---

[1] The Court included a detailed recitation of the case and procedural history in its Order reopening the case (ECF #19) and incorporates that recitation in this Order.

1

as Evidence for the Record of this Court" respectively (together, the "Motions"). (*See* ECF #12, 18). Specifically, the Motions attach (1) documents provided to Mann by the Bureau of Prisons that are allegedly relevant to his claims for relief (ECF #12), and (2) an affidavit Mann authored in support of his claims against all Defendants (ECF #18). The Court DENIES the motions without prejudice to Mann's ability to later attempt to submit evidence. Mann has not identified any basis for the submission of evidence at this point in the proceeding, nor has he identified any rule that authorizes the freestanding submission of evidence on the docket. If and when it becomes appropriate for Mann to submit evidence – in response to a motion, for instance – Mann may attempt to submit his evidence.

IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 6, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 6, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113

2