UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK MANN,

    Plaintiff,

v.

SOE SCHLOTTMAN, *et al.*,

    Defendants.

Case No. 15-cv-12869
Hon. Matthew F. Leitman

_____/

**ORDER STAYING CERTAIN MOTIONS (ECF ## 39, 42, 52) AND ENJOINING PLAINTIFF FROM MAKING ANY ADDITIONAL FILINGS WITHOUT APPROVAL OF THE COURT**

Plaintiff Jack Mann ("Mann") is an inmate currently in the custody of the Federal Bureau of Prisons (the "BOP"). On August 7, 2015, Mann brought a *pro se* action against Defendants. (*See* Complaint, ECF #1). On July 6, 2016, Mann filed an Amended Complaint. (*See* Amended Complaint, ECF #31.)

There are two dispositive motions now pending before the Court. First, on November 29, 2016, Mann filed a Motion for Summary Judgment. (*See* ECF #40.) Second, on December 6, 2016, Defendants filed a Motion to Dismiss. (*See* ECF #44.) For the purpose of docket efficiency, the Court concludes that these dispositive motions must be addressed and ruled upon before any additional steps are taken in this action.

1

Despite the pendency of the dispositive motions, Mann continues to file additional motions. In addition to his Motion for Summary Judgment, Mann has filed three motions: (1) a "Motion for Judgment on the Merits of the Case; or in the Alternative, Motion for Summary Judgment or Motion for Court Annexed Arbitration" (ECF #39); (2) a "Motion for Depositions in Person; or in the Alternative, Depositions via Video Web Scenario; or in the Alternative, Depositions via Telephonic Conference; or in the Alternative for Written Interrogatories of Each Defendant" (ECF #42); and (3) a "Motion to Compel Alternative Resolution Through and by Local Rule 16.3 Alternative Dispute Resolution" (ECF #52). All proceedings on these motions are **STAYED** pending further order of the Court.

Mann has also submitted a variety of other filings that are not authorized under the governing rules. *See, e.g.,* "Motion to Include Attached Affidavit as Evidence for the Record of this Court," (ECF #18), and "Motion for Evidence to be Included on the Record Providing Proof the Defendants are Attempting to Derail Plaintiff Mann's Complaint and for Other Relief" (ECF #36).

To prevent any future improper filings that would unnecessarily complicate the case's docket and needlessly burden the Court and the Defendants, the Court temporarily **ENJOINS** Mann from making any additional filings in this action without prior approval of the Court. Until further order of the Court, the Clerk of

the Court shall not accept any filings by Mann without express permission of the Court.

    **IT IS SO ORDERED.**

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated: January 19, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 19, 2017, by electronic means and/or ordinary mail.

                                  s/Holly A. Monda
                                  Case Manager
                                  (313) 234-5113