UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK MANN,

    Plaintiff,

v.

SOE SCHLOTTMAN *et al.*,

    Defendants.
_____/

Case No. 15-cv-12869
Hon. Matthew F. Leitman

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF #66)

On March 22, 2017, the Court issued an opinion and order that granted Defendants' motion to dismiss and denied all of Plaintiff's pending motions (the "Order"). (*See* ECF #64.) Plaintiff has now filed a Motion for Reconsideration of the Order (the "Motion"). (*See* ECF #66). The Motion is **DENIED** because Plaintiff has not demonstrated a palpable defect by which the Court has been misled nor shown that correcting such a defect (if it exists) will result in a different disposition of the case. *See* Local Rule 7.1(h).

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: April 20, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 20, 2017, by electronic means and/or ordinary mail.

                                           s/Holly A. Monda
                                           Case Manager
                                           (313) 234-5113