UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK MANN,

    Plaintiff,

v.

SOE SCHLOTTMAN *et al.*,

    Defendants.
_____/

Case No. 15-cv-12869
Hon. Matthew F. Leitman

## ORDER DENYING PLAINTIFF'S MOTION IN OBJECTION TO ORDER DENYING MOTION FOR RECONSIDERATION (ECF #68)

On March 22, 2017, the Court issued an opinion and order that granted Defendants' motion to dismiss and denied all of Plaintiff's pending motions (the "Order"). (*See* ECF #64.) Plaintiff then filed a Motion for Reconsideration of the Order, which the Court also denied. (*See* ECF ## 66, 67). Plaintiff has now filed a motion objecting to the Court's denial of his Motion for Reconsideration (the "Motion"). (*See* ECF #68.) The Motion is **DENIED** because Plaintiff still has not demonstrated a palpable defect by which the Court has been misled nor shown that correcting such a defect (if it exists) will result in a different disposition of the case. *See* Local Rule 7.1(h). If Mann has any further complaints about this Court's rulings,

1

he should raise them in an appeal to the United States Court of Appeals for the Sixth Circuit, if and to the extent that an appeal remains available to him.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 11, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 11, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113